UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN JAMES JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. TORRES, et al.,<br><br>　　　　Defendants. | Case No. 1:15-cv-01395-DAD-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO THE COMPLAINT WITHIN THIRTY DAYS FROM THE DATE OF SERVICE OF THIS ORDER<br><br>[ECF No. 20] |

　　　　Plaintiff Ryan James Johnson is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff consented to United States magistrate judge jurisdiction on December 9, 2015. (ECF No. 9.) Defendants declined United States magistrate judge jurisdiction, therefore, this action was referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. (ECF No. 13.)

　　　　On June 22, 2016, the undersigned issued Findings and Recommendations recommending that Defendants' motion to dismiss the complaint be denied. (ECF No. 17.) Defendants filed objections on July 21, 2016. (ECF No. 18.) On September 7, 2016, the Findings and Recommendations were

///
///
///
///
///
///
///

1

adopted in full and Defendants' motion to dismiss the complaint was denied. (ECF No. 20.) Accordingly, within thirty (30) days from the date of service of this order, Defendants shall file a further response to the complaint.

IT IS SO ORDERED.

Dated:   **September 8, 2016**

UNITED STATES MAGISTRATE JUDGE