

FILED

NOV 15 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN JAMES JOHNSON, | Case No. 1:15-cv-01395-DAD-SAB (PC) |
| Plaintiff, | |
| v. | ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR INMATE RYAN JAMES JOHNSON, CDCR # V-74898 |
| M. TORRES, et al., | |
| Defendants. | [ECF No. 24] |

A settlement conference having concluded on November 15, 2016, inmate Ryan James Johnson CDCR Inmate No. V-74898, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED. Plaintiff shall be returned to Salinas Valley State Prison, as soon as administratively possible.

DATED: __11/15/16__

BARBARA A. McAULIFFE
U.S. Magistrate Judge

1