UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN JAMES JOHNSON,<br><br>            Plaintiff,<br><br>      v.<br><br>M. TORRES, et al.,<br><br>            Defendants. | Case No. 1:15-cv-01395-DAD-SAB (PC)<br><br>ORDER DIRECTING CLERK OF THE COURT TO CLOSE THIS ACTION PURSUANT TO RULE 41(a)(1)(A)(ii)<br><br>(ECF No. 29) |

   Plaintiff Ryan James Johnson, appearing pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 15, 2015.  On December 29, 2016, Defendants filed a stipulation for dismissal with prejudice as the parties have resolved this action in its entirety with each party to bear its own costs and attorney fees.

   In light of the stipulation of the parties, this action has been terminated.  Fed. R. Civ. P. 41(a)(1)(ii); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs or attorneys' fees.

///

///

///

1

Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Dated:     **December 30, 2016**

UNITED STATES MAGISTRATE JUDGE